UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDY DAWN GUENTHER, individually and as successor in interest to GEORGE BOLTON, deceased,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No.  12-cv-00723-CRB   (JSC)<br><br>**ORDER RE: WRONGFUL DEATH DISCOVERY AND FURTHER SETTLEMENT PROCEEDINGS** |

The Court is in receipt of the parties' settlement conference statements, as required by the Order dated April 4, 2014.  Upon review of the statements, the Court orders that Defendants be permitted to take discovery regarding damages for the newly-added wrongful death claim, including the deposition of Ms. Guenther.  All such discovery shall be completed by June 30, 2014.  Following the completion of discovery, each defendant shall respond to the written settlement demand made by Plaintiff.  The parties are directed to file a follow-up settlement conference statement which updates the Court on the status of settlement negotiations by **July 18, 2014.**  Each party shall email their follow-up Settlement Conference Statement in .pdf format to JSCPO@cand.uscourts.gov.  A hard copy shall also be mailed to Judge Corley's chambers and a copy shall be provided to opposing counsel.  A separate statement not to be shared with opposing counsel may also be submitted to Judge Corley.

**IT IS SO ORDERED.**

Dated: May 22, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge