```
 1  DAVID T. BIDERMAN (State Bar No. 101577)
    Dbiderman@perkinscoie.com
 2  DANIEL D. O'SHEA (State Bar No. 238534)
    doshea@perkinscoie.com
 3  PERKINS COIE LLP
    Four Embarcadero, Suite 2400
 4  San Francisco, California 94111
    Telephone: (415) 344-7000
 5  Facsimile:  (415) 344-7288

 6  Attorneys for Defendant
    GEORGIA-PACIFIC LLC, f/k/a
 7  Georgia-Pacific Corporation
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDY DAWN GUENTHER, individually and as successor in interest to GEORGE BOLTON, deceased,<br><br>Plaintiff,<br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants | Case No. 12-cv-00723-CRB (JSC)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS GEORGIA-PACIFIC LLC WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED TO by and between counsel for plaintiff LINDY DAWN GUENTHER, individually and as successor in interest to GEORGE BOLTON, and counsel for Defendant Georgia-Pacific LLC f/k/a Georgia-Pacific Corporation ("Georgia-Pacific") that Plaintiff's Complaint, Case No. Case No. 12-cv-00723-CRB (JSC) in the above-entitled action may be and is hereby dismissed with prejudice as to this defendant only, each party to bear its own costs.

This Stipulation shall be enforceable in any future filed action against Georgia-Pacific arising out of Mr. Bolton's injuries alleged in this action or in any state or federal court.

//
//
//

STIPULATION AND [PROPOSED] ORDER TO DISMISS GEORGIA-PACIFIC LLC
12-cv-00723-CRB (JSC)
60312-0001.0984/LEGAL121579215.1

DATED: May 29, 2014

PERKINS COIE LLP

By: /s/ Daniel D. O'Shea
Daniel D. O'Shea

Counsel for Defendant
GEORGIA-PACIFIC LLC

DATED: May 29, 2014

WEITZ & LUXENBERG LLP

By: _____
Benno Ashrafi

Attorneys For Plaintiffs

Based upon the Stipulation submitted by Plaintiff and Defendant Georgia-Pacific LLC, it is hereby ORDERED, ADJUDGED AND DECREED that the Complaint of LINDY DAWN GUENTHER, individually and as successor in interest to GEORGE BOLTON, as to defendant Georgia-Pacific LLC is dismissed with prejudice. Each party to bear its own costs.

Dated: June 3, 2014

By: _____
United States District Judge

-2-
STIPULATION AND [PROPOSED] ORDER TO DISMISS GEORGIA-PACIFIC LLC
12-cv-00723-CRB (JSC)
60312-0001.0984/LEGAL121579215.1