UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE BOLTON, et al.,

    Plaintiffs,

    v.

AIR & LIQUID SYSTEMS CORPORATION, et al.,

    Defendants.

Case No. 12-cv-00723-CRB   (JSC)

**ORDER REGARDING SCOPE OF DISCOVERY**

The Court held a telephonic hearing on June 16, 2014 regarding the scope of discovery. As stated at the hearing, the Court's Order of May 22, 2014 was not intended to permit Defendants to obtain discovery that was relevant and discoverable before the death of Mr. Bolton. In other words, discovery is reopened for the limited purpose of obtaining information that was not relevant and thus could not be discovered before Ms. Guenther became a party. To the extent the parties still have disputes regarding the scope of discovery, such disputes must be brought to the Court's attention by way of a joint discovery letter brief as stated in the Court's Civil Standing Order.

**IT IS SO ORDERED.**

Dated: June 16, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge