1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7     GEORGE BOLTON, et al.,                      Case No.  12-cv-00723-CRB   (JSC)

            Plaintiffs,

8

9          v.                                     **ORDER RE: JOINT DISCOVERY
                                                  LETTER BRIEF**
10    AIR & LIQUID SYSTEMS
      CORPORATION, et al.,                        Re: Dkt. No. 43

11          Defendants.

12

13          Now pending before the Court is the parties' Joint Discovery Letter Brief regarding the

14    production of claims documents.  (Dkt. No. 43)  After carefully considering the briefing, the Court

15    concludes that oral argument is unnecessary, *see* Civ. L.R. 7-1(b), and hereby DENIES the request

16    of Defendant Kelly-Moore Paint Company, Inc. ("Kelly-Moore") to compel Plaintiff to produce

17    documents regarding Plaintiffs' asbestos bankruptcy trust claims.

18          The Court's May 22, 2014 Order specifically stated that discovery was only reopened to

19    allow Defendant "to take discovery regarding damages for the newly-added wrongful death

20    claim."  (Dkt. No. 35.)  The Court subsequently clarified that this order "was not intended to

21    permit Defendants to obtain discovery that was relevant and discoverable before the death of Mr.

22    Bolton."  (Dkt. No. 40.)  Nonetheless, Kelly-Moore now seeks to compel production of documents

23    which it admits it has sought discovery of from the "outset of this litigation" and on four separate

24    occasions.  (Dkt. No. 43 at 5.)  Thus, by Kelly-Moore's own admission, this discovery was

25    discoverable prior to the advent of Ms. Guenther's wrongful death claim and is beyond the scope

26    of this Court's Orders.  Moreover, Kelly-Moore admits that the MDL court specifically denied as

27    untimely its request to compel production of such documents.  (Dkt. No. 43, Ex. C.)  That new

28    bankruptcy claims may have been filed is of no moment.  The MDL court ruled that Kelly-Moore

United States District Court
Northern District of California

1    sought the bankruptcy claims documents after the discovery deadline.  Finally, Kelly-Moore had

2    ample opportunity to conduct discovery on Mr. Bolton's asbestos exposure; his death is not a

3    reason to allow Defendants to obtain what they could have sought earlier.  Accordingly, Kelly-

4    Moore's motion to compel is DENIED.

5         This Order disposes of Docket No. 43.

6         **IT IS SO ORDERED.**

7    Dated:  June 30, 2014

8                                                        _____

9                                                        JACQUELINE SCOTT CORLEY
                                                         United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2