UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BOLTON, et al.,<br>            Plaintiffs,<br>    v.<br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br>            Defendants. | Case No. 12-cv-00723-CRB   (JSC)<br><br>**ORDER DENYING REQUEST TO BE EXCUSED FROM SETTLEMENT CONFERENCE**<br>Re: Dkt. No. 49 |

Burnham LLC's request for its carrier to be excused from the settlement conference is DENIED; however, the settlement conference can be moved to a time later in the day, say 1:00 p.m., so that those travelling from the east coast can take a flight the morning of the conference. Burnham LLC shall advise the Court's Clerk by Tuesday, September 16, 2014 whether it wishes to move the settlement conference time.

**IT IS SO ORDERED.**

Dated: September 11, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge