Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bolton et al

Plaintiff(s),

v.

Air & Liquid Systems Corporation et al

Defendant(s).

Case No: 3:12-cv-00723-J

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Danny R. Kraft, Jr., an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Lindy Guenther in the above-entitled action. My local co-counsel in this case is Brent Zadorozny, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 700 Broadway<br>New York, New York 10003 | 1880 Century Park East, Suite 700<br>Los Angeles, California |
| MY TELEPHONE # OF RECORD:<br>(212) 558-5668 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 247-0921 |
| MY EMAIL ADDRESS OF RECORD:<br>dkraftjr@weitzlux.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>bashrafi@weitzlux.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DK9655.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/17/14

Danny R. Kraft, Jr.
APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Danny R. Kraft, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/3/14

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

October 2012

# ATTACHMENT

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>**DANNY R. KRAFT**</u> , Bar # <u>**DK9655**</u>

was duly admitted to practice in this Court on

<u>**MAY 10th, 2011**</u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>**NOVEMBER 12th, 2014**</u>

<u>Ruby J. Krajick</u>   by   <u>*[signature]*</u>
Clerk         Deputy Clerk

**CERTIFICATE OF SERVICE**
*Bolton et al. v. Air & Liquid Systems Corporation, et al.*
United States District Court Northern District of California
Case No. 12-cv-00723-CRB (JSC)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 1880 Century Park East, Suite 700, Los Angeles, California 90067.

On November 21, 2014, I served the foregoing documents entitled:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

on all interested parties in this action by:

☒ **ELECTRONIC COURT FILING (ECF):** the above-entitled document to be served electronically through the United States District Court, Central District ECF website, addressed to all parties appearing in the Court's ECF service list. A copy of the "Filing Receipt" PAGE will be maintained with the original document in our office.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 21 November 2014 at Los Angeles, California.

_____
Keith Morriesette

**CERTIFICATE OF SERVICE**